UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 7, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM CLAREN,

    Defendant.

Case No. 2:25-mj-00136-CSK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WILLIAM CLAREN</u>,

Case No. <u>2:25-mj-00136-CSK</u>, Charge <u>21 U.S.C. § 841(a)(1)</u> from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

    _x_ Unsecured Appearance Bond — $20,000.00 to be converted to $20,000.00 secured bond on or before October 15, 2025, to be secured by equity in Defendant's property

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _x_ (Other): <u>Released forthwith on conditions as stated on the record and must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 on 10/8/2025.</u>

Issued at Sacramento, California on October 7, 2025, at 2:10 PM.

By: _/s/ Sean C. Riordan_____

Magistrate Judge Sean C. Riordan